OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed.
 

 The trial court did not err as a matter of law in denying defendant’s request to charge criminal trespass in the second degree as a lesser-included offense of burglary in the second degree
 
 (see,
 
 Penal Law §§ 140.15, 140.25). Although criminal trespass in the second degree is a lesser-included offense of burglary in the second degree, there is no reasonable view of the evidence to support a finding that defendant committed the lesser offense but not the greater
 
 (see, People v Scarborough,
 
 49 NY2d 364, 368). Defendant’s remaining arguments are unpreserved.
 

 Chief Judge Kaye and Judges Bellacosa, Smith, Levine, Ciparick, Wesley and Rosenblatt concur.
 

 Order affirmed in a memorandum.